**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

David Kujawski,

Civil No. 00-1151 DWF/AJB

Plaintiff,

v.

**PRETRIAL SCHEDULING ORDER**

U.S. Filter Wastewater Group, Inc.,

Defendant.

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective May 1, 2000, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Discovery Plan

Discovery shall be bifurcated. The first phase shall be limited to the issue of whether the release included in Plaintiff's separation agreement is valid.

1. The first phase of discovery shall be commenced in time to be completed on or before January 1, 2001.

2. Remaining discovery shall be commenced in time to be completed on or before July 1, 2001.

2. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before September 1, 2000.

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

FILED AUG 30 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD____________
DEPUTY CLERK____________

a. By Plaintiff(s) on or before March 1, 2001.

b. By Defendant(s) on or before April 1, 2001.

4. No more than 20 interrogatories [counted in accordance with Fed. R. Civ. R. 33(a)] shall be served by any party, during each phase of discovery.

5. No more than 10 depositions, excluding expert witness depositions, shall be taken by any party. Each party shall take no more than 2 expert depositions.

Non-Dispositive Motions

(Non-dispositive motions may be scheduled for hearing by calling Kathy Thobe, Calendar Clerk, 651-848-1210.)

1. All motions which seek to amend the pleadings or add parties must be filed and the hearing thereon completed on or before November 1, 2000. [Any motion for leave to amend to allege punitive damages must be served and filed before the discovery deadline date].

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by the discovery deadline date, July 1, 2001.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

Dispositive Motions

Counsel are advised that they must schedule dispositive motion hearings by calling Calendar Clerk Lowell Lindquist, 651-848-1296.

1. Dispositive motions, based on the issue of whether the release included in Plaintiff's separation agreement is valid, shall be served on or before February 1, 2001. The Response thereto shall be served on or before February 15, 2001. Any Reply shall be served and all pleadings shall be filed on or before March 1, 2001.

2. All other dispositive motions shall be served and filed by the parties by September 1, 2001.

3. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

Trial

This case shall be ready for a **Jury** trial on January 1, 2002, or upon resolution of any pending dispositive motions. Each party may call no more than 2 expert witnesses.

Dated: 8/31/00

Arthur J. Boylan
United States Magistrate Judge