UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

David Kujawski,

Plaintiff,

vs.

U.S. Filter Wastewater Group, Inc.,

Defendant.

Case No. 00-CV-1151 DWF/AJB

**STIPULATION TO EXTEND** and ORDER
**PRETRIAL SCHEDULING ORDER**

The parties, through their respective counsel, jointly stipulate to the request that the Court extend the time for completion of the first phase of discovery in this matter until February 15, 2001. The parties also stipulate to the request that the Court extend the time for dispositive motions on the validity of the release included in Plaintiff's separation agreement as follows: Dispositive motions based on the validity of the release shall be served on or before March 15, 2001. The response thereto shall be served on or before April 2, 2001. Any reply shall be served and all pleadings filed on or before April 16, 2001. The parties enter into this Stipulation due to the need to resolve phase one discovery issues, including hearing on Defendant's Motion to Compel discovery responses, which is scheduled for January 3, 2001, at 1:30 p.m.

Dated: Dec. 8, 2000

LAW OFFICE OF MARK
A. GREENMAN

Mark A. Greenman (#228990)
700 Lumber Exchange Building
10 South Fifth Street
Minneapolis, MN 55402
(612) 519-1477

Dated: Dec. 11, 2000

JACKSON LEWIS SCHNITZLER
& KRUPMAN

Ann M. Bildtsen (#271494)
150 Fifth Street Tower, Suite 2800
150 South Fifth Street
Minneapolis, MN 55402
(612) 341-8131

DEC 12 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Pursuant to the above stipulation, it is so ordered.

Dated: 12/12/00

Arthur J. Boylan
United States Magistrate Judge